AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00036 |
| Shannon Bitzer | ) Assigned To : Judge G. Michael Harvey |
| DOB: XXXXXX | ) Assign. Date : 1/29/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

**Code Section** — **Offense Description**

18 U.S.C. §§ 111(a)(1)- Forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals,
18 U.S.C. §§ 111(a)(2)- To use a deadly or dangerous weapon during the commission of such acts, or to aid, abet, counsel, command, induce, or procure the commission of such offenses,
18 U.S.C. §§ 111(b)- To forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals where such acts involve physical contact with the victim of that assault or the intent to commit another felony,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2)- Knowingly, and with intent to impede or disrupt the orderly conduct of Government business ,
40 U.S.C. § 5104(e)(2)(D)- To utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings,
40 U.S.C. § 5104(e)(2)(E)- To obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings,
40 U.S.C. § 5104(e)(2)(F)- To engage in an act of physical violence in the Grounds or any of the Capitol Buildings,
40 U.S.C. § 5104(e)(2)(G)- To parade, demonstrate, or picket in any of the Capitol Buildings,
18 U.S.C. § 231(a)(3)- To commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

_____, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/29/2024

_____
Judge's signature

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
Printed name and title