AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:24-mj-00036 |
| --- | --- |
| v. | ) Assigned To : Judge G. Michael Harvey |
| Shannon Bitzer | ) Assign. Date : 1/29/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Shannon Bitzer**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals,
18 U.S.C. § 111(a)(2)- To use a deadly or dangerous weapon during the commission of such acts, or to aid, abet, counsel, command, induce, or procure the commission of such offenses,
18 U.S.C. § 111(b)- To forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals where such acts involve physical contact with the victim of that assault or the intent to commit another felony,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2)- Knowingly, and with intent to impede or disrupt the orderly conduct of Government business ,
40 U.S.C. § 5104(e)(2)(D)- To utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings,
40 U.S.C. § 5104(e)(2)(E)- To obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings,
40 U.S.C. § 5104(e)(2)(F)- To engage in an act of physical violence in the Grounds or any of the Capitol Buildings,
40 U.S.C. § 5104(e)(2)(G)- To parade, demonstrate, or picket in any of the Capitol Buildings,
18 U.S.C. § 231(a)(3)- To commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties

Date: 01/29/2024                                    *[signature]* 2024.01.29 13:14:23 -05'00'
                                                                                                *Issuing officer's signature*

City and state:   Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/29/24, and the person was arrested on *(date)* 01/30/24
at *(city and state)* Knoxville, Tennessee.

Date: 01/30/24                                    *[signature]*
                                                                                                *Arresting officer's signature*

                                                                    Anthony L. Abney Special Agent
                                                                                                *Printed name and title*